UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-23072-FAM

BRANDON OPALKA, an individual,
on behalf of himself and all others
similarly situated,

    Plaintiff,

v.

AMALIE AOC, LTD.,
a Florida limited partnership,

    Defendant.
_____/

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Amalie AOC, Ltd. submits the following Corporate Disclosure Statement in connection with the above-captioned civil action:

Amalie AOC, Ltd. is a Florida limited partnership with five members, including one general partner, Packers Acquisition Co., and four limited partners which are Florida revocable trusts. Amalie AOC, Ltd. has no parent corporation and it is not a publicly-traded company.

-2-

Dated:  August 3, 2018   Respectfully submitted,

/s/  Julianna Thomas McCabe
Julianna Thomas McCabe (FBN 355010)
jtmccabe@carltonfields.com
Irma R. Solares (FBN 797073)
isolares@carltonfields.com
Michael N. Wolgin (FBN 0042962)
mwolgin@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055

*Attorneys for Defendant Amalie AOC, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail, postage prepaid:

<u>Via Notice of Electronic Filing</u>
Harley S. Tropin, Esq.
Tal J. Lifshitz, Esq.
Robert Neary, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard, 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
hst@kttlaw.com
tjl@kttlaw.com
rn@kttlaw.com

*Counsel for Plaintiff*

<u>Via U.S. Mail</u>
Ryan Casey, Esq.
Casey Law Firm, LLC
20 NE Thompson Street
Portland, Oregon 97212
Telephone: (503) 928-7611
Facsimile: (503) 345-7470
ryan@rcaseylaw.com

*Counsel for Plaintiff*

<u>Via U.S. Mail</u>
Allan Kanner, Esq.
Cynthia St. Amant, Esq.
Kanner & Whiteley, LLC
701 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763
a.kanner@kanner-law.com
c.stamant@kanner-law.com

*Counsel for Plaintiff*

/s/ Julianna Thomas McCabe

115435270