**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:18-cv-23072-FAM**

BRANDON OPALKA, an individual,
on behalf of himself and all others
similarly situated,

    Plaintiff,

v.

AMALIE AOC, LTD.,
a Florida limited partnership,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF ENTRY OF PARTIES

Defendant Amalie AOC, Ltd. hereby gives notice of the following interested parties: Packers Acquisition Co., the Harry J. Barkett Trust, the Anthony J. Barkett Living Trust, the Richard A. Barkett Revocable Trust, and the Kenneth D. Barkett Revocable Trust.

Dated: August 8, 2018

Respectfully submitted,

/s/ Julianna Thomas McCabe
Julianna Thomas McCabe (FBN 355010)
jtmccabe@carltonfields.com
Irma R. Solares (FBN 797073)
isolares@carltonfields.com
Michael N. Wolgin (FBN 0042962)
mwolgin@carltonfields.com
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Attorneys for Defendant Amalie AOC, Ltd.*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day on the following counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail, postage prepaid:

<u>Via Notice of Electronic Filing</u>
Harley S. Tropin, Esq.
Tal J. Lifshitz, Esq.
Robert Neary, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard, 9th Floor
Miami, Florida 33134
Telephone:  (305) 372-1800
Facsimile:  (305) 372-3508
hst@kttlaw.com
tjl@kttlaw.com
rn@kttlaw.com

*Counsel for Plaintiff*

<u>Via U.S. Mail</u>
Ryan Casey, Esq.
Casey Law Firm, LLC
20 NE Thompson Street
Portland, Oregon 97212
Telephone:  (503) 928-7611
Facsimile:  (503) 345-7470
ryan@rcaseylaw.com

*Counsel for Plaintiff*

<u>Via U.S. Mail</u>
Allan Kanner, Esq.
Cynthia St. Amant, Esq.
Kanner & Whiteley, LLC
701 Camp Street
New Orleans, Louisiana 70130
Telephone:  (504) 524-5777
Facsimile:  (504) 524-5763
a.kanner@kanner-law.com
c.stamant@kanner-law.com

*Counsel for Plaintiff*

      /s/  Julianna Thomas McCabe

115453851