UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23072-FAM

BRANDON OPALKA, an individual,
on behalf of himself and all others
similarly situated,

    Plaintiff,
v.

AMALIE AOC, LTD, a Florida
Limited Partnership,

    Defendant.
_____/

## JOINT CONFERENCE REPORT

Plaintiff and Defendant hereby submit their Joint Conference Report pursuant to Rule 26 of the Federal Rules of Civil Procedure and Rule 16.1(b) of the Local Rules for the Southern District of Florida (S.D. Fla. L.R.). The parties met telephonically on August 8, 2018, and report as follows:

### Local Rule 16.1 Conference Report Issues

**(A)  Likelihood of Settlement**

The parties have not yet engaged in any settlement discussions and it is too soon to inform the Court regarding the likelihood of settlement.

**(B)  Likelihood of Appearance in Action of Additional Parties**

The parties respectfully request the right to add parties to this action if necessary and appropriate in a timely fashion by the deadline indicated in paragraph C.

**(C)  Proposed Time Limits and Discovery Schedule:**

The Parties have incorporated their proposed schedule below.

115478086.2

| **Proposed Deadline** | **Event** |
|---|---|
| August 29, 2018 | Initial Disclosures |
| October 12, 2018 | Amend the Pleadings/Joinder of Additional Parties |
| April 12, 2019 | Plaintiff's Motion for Class Certification |
| 60 days after the Motion for Class Certification is filed | Defendant's Opposition to Motion for Class Certification |
| 30 days after the Opposition to Class Certification is filed | Plaintiff's Reply In Support of Motion for Class Certification |
| July 31, 2019 | Deadline to complete discovery |
| As provided in Fed. R. Civ. P. 26(a)(2)(D) | Expert Disclosures |
| August 30, 2019 | Deadline for the filing of all dispositive motions |
| September 6, 2019 | Deadline to Complete Mediation |
| September 13, 2019 | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions. |
| September 30, 2019 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3).<br><br>Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k).<br><br>Deposition Designations must be filed. |
| 1 week before trial period commences | Calendar Call |
| November 4, 2019 | Trial period commences. |

**(D)** **Proposals for the formulation and simplification of issues, etc.**

The parties will work in good faith to eliminate the presence of any frivolous issues and, if necessary, will work to reach agreement on the number and timing of motions for summary judgment or partial summary judgment.

**(E)** **Necessity or Desirability of Amendments to the Pleadings**

The parties have submitted a date for the amendment of pleadings. Any further amendments to the pleadings will be done pursuant to FRCP 15.

  **(F)**  **Possibility of Obtaining Admissions, Electronic Discovery, Etc.**

Counsel will cooperate in good faith to obtain admissions and stipulations in the discovery process which will serve to limit the issues in the dispute and reduce the time needed to conduct a trial. The parties will also cooperate in good faith on stipulations regarding the authenticity of documents to avoid unnecessary disputes at trial. The parties anticipate electronic discovery and will cooperate in good faith to develop a protocol to facilitate any such electronic discovery without the involvement of the Court.

  **(G)**  **Avoidance of Unnecessary Proof and of Cumulative Evidence**

Counsel will cooperate in good faith to eliminate unnecessary proof and cumulative evidence.

  **(H)**  **Advisability of Referring Matters to a Magistrate Judge**

The parties consent to refer all discovery matters to Magistrate Judge Lauren F. Louis (provided that the District Judge may reconsider any discovery rulings by the Magistrate Judge as provided in 28 U.S.C. § 636(b)(1)(A)), but request that all other matters be handled by the District Judge.

  **(I)**  **Preliminary Estimate of Time Required for Trial**

Counsel estimate that a trial in this matter will take 7-10 days.

  **(J)**  **Requested Trial and Pretrial Dates**

The parties have submitted their proposed pre-trial and trial dates in paragraph C above.

  **(K)**  **Other Information Helpful to Court in Setting the Case for Status**

The parties do not believe that any other information would be helpful to the Court at this time.

**Federal Rule of Civil Procedure 26(f) Discovery Plan:**

**(A)  What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made:**

The Parties propose that they will serve their Initial Disclosures on or before August 29, 2018, and will supplement their Disclosures if necessary in accordance with F.R.C.P. 26(a).

**(B)  The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues:**

It is Plaintiff's position that the focus of discovery will be on the Defendant's policies and procedures related to the manufacture, marketing, and sales of the motor oil product. It is Defendant's position that discovery will focus on the claims alleged in the Complaint and Plaintiff's alleged purchase of the motor oil in question. Discovery may lead to additional areas of inquiry and it is too premature to state all relevant evidence the parties may seek. The parties have submitted their proposed date above for the completion of discovery. The parties do not believe that discovery should be conducted in phases.

**(C)  Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced:**

The parties will develop a protocol to govern the discovery and preservation of electronically stored information.

**(D)  Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502:**

The parties will submit a proposed joint protective/confidentiality order to the Court. Should the Court approve it, the protective order in conjunction with the Local and Federal

Rules, including Federal Rule of Evidence 502, will govern the parties' claims of privilege and protection of confidential documents.

**(E)** **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:**

The Parties do not propose any limitations on discovery.

**(F)** **Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

As stated above, the parties will submit a proposed Confidentiality and Protective Order in this matter for the Court's approval, at this time the parties do not anticipate the need for any further orders under Rule 26(c) or Rule 16(b) and (c).

Submitted:  August 21, 2018.

| | |
|---|---|
| /s/ *Tal J. Lifshitz* | /s/ *Julianna Thomas McCabe* |
| Harley S. Tropin, Esq. | Julianna Thomas McCabe |
| Tal J. Lifshitz, Esq. | Irma Reboso Solares |
| Robert Neary, Esq. | Michael N. Wolgin |
| KOZYAK TROPIN & THROCKMORTON | CARLTON FIELDS JORDEN BURT, P.A. |
| 2525 Ponce de Leon Boulevard, 9th Floor | Miami Tower, Suite 4200 |
| Miami, Florida 33134 | 100 S.E. Second Street |
| Telephone:  (305) 372-1800 | Miami, Florida 33131 |
| Facsimile:   (305) 372-3508 | Telephone:  (305) 530-0050 |
| Email: hst@kttlaw.com | Facsimile:   (305) 530-0055 |
|           tjl@kttlaw.com | Email:  jtmccabe@carltonfields.com |
|           rn@kttlaw.com |             isolares@carltonfields.com |
| | mwolgin@carltonfields.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Amalie AOC, Ltd.* |

| | |
|---|---|
| Ryan Casey, Esq.<br>Casey Law Firm, LLC<br>20 NE Thompson Street<br>Portland, Oregon 97212<br>Telephone:  (503) 928-7611<br>Facsimile:   (503) 345-7470<br>Email: ryan@rcaseylaw.com<br><br>*Counsel for Plaintiff* | Allan Kanner, Esq.<br>Cynthia St. Amant, Esq.<br>Kanner & Whiteley, LLC<br>701 Camp Street<br>New Orleans, Louisiana 70130<br>Telephone:  (504) 524-5777<br>Facsimile:   (504) 524-5763<br>Email: a.kanner@kanner-law.com<br>           c.stamant@kanner-law.com<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Julianna Thomas McCabe*

115478086.2