UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRANDON OPALKA, an individual, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

AMALIE AOC, LTD., a Florida Limited Partnership,

    Defendants.   /

CASE NO. 18-cv-23072-FAM

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for M. Ryan Casey, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. M. Ryan Casey may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to M. Ryan Casey, Esq. at ryan@rcaseylaw.com.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida, this 23 day of August, 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:  All Counsel of Record